Indianapolis and St. Louis Railroad Co,

*v.*

James Holloway.

Appeal from the Circuit Court of Edgar county; the Hon. James Steele, Judge, presiding.

This was an action on the case, originally brought by Holloway against the railroad company, before William P. Stone, a justice of the peace in Edgar county, to recover of the defendant the value of a cow, the property of the plaintiff, claimed to have been killed on the track of this company, by its engine and train, through the negligence of defendant's servants. A trial before the justice resulted in a judgment for the plaintiff for $50 and costs. From this judgment the defendant prosecuted an appeal to the circuit court, where a trial by jury resulted, as before, in a verdict and judgment for the plaintiff of $50. To reverse this judgment the defendant appeals.

Mr. R. N. Bishop, for the appellant.

Messrs. Sellors & Dale, for the appellee.

Mr. Justice Thornton delivered the opinion of the Court:

The same question of law is presented in this case as in the preceding one of the *Ind. and St. Louis R. R. Co.* v. *Blackman,* and is decided in the same way.

No instructions were given, and the only remaining question is, as to the sufficiency of the evidence to prove that the injury resulted from the negligence of the company.

The jury might fairly have inferred from the evidence that the killing was caused by the failure to ring the bell or sound the whistle, and the rapid speed of the train.

There is apparently no sufficient reason to disturb the finding of the jury.

The judgment is affirmed.                     *Judgment affirmed.*